SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorneys for Plaintiff,
JARDINE GOUGIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARDINE GOUGIS,<br><br>Plaintiff,<br><br>vs.<br><br>VERO'S RESTAURANT, INC.; KRIKOR H. MESROBIAN, AS TRUSTEE OF THE KRIKOR H. MESROBIAN REVOCABLE TRUST; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:24-cv-03707-FMO (RAOx)**<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff JARDINE GOUGIS ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: July 23, 2024                     **SO. CAL EQUAL ACCESS GROUP**

                                                         */s/ Jason J. Kim*
                                                         JASON J. KIM
                                                         Attorney for Plaintiff

DATED: July 23, 2024

By: _*/s/ Alisa E. Sandoval*_
Alisa E. Sandoval,
Attorney for Defendants

<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: _*/s/ Jason J. Kim*_
Jason J. Kim